# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

JOHN E. COVINGTON,

Plaintiff(s),

v.

ANDREA LYNN CHASTEEN, KRYSTAL SWANBERG, and WILL COUNTY CIRCUIT CLERK'S OFFICE,
Defendant(s).

Case No. 22-cv-5083
Hon. Steven C. Seeger

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $        ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment. Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: This Court enters judgment in favor of defendants Andrea L. Chasteen, Krystal Swanberg, and Will County Circuit Clerk's Office, and against Plaintiff John E. Covington. The Fourth Amended Complaint is dismissed with prejudice. Civil case terminated.

This action was *(check one)*:

☐ tried by a jury with Judge        presiding, and the jury has rendered a verdict.
☐ tried by Judge        without a jury and the above decision was reached.
☒ decided by Judge Steven C. Seeger on defendants' motion to dismiss.

Date: 2/21/2024                              Thomas G. Bruton, Clerk of Court

                                             Jessica J. Ramos, Deputy Clerk